1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2 | BRIAN J. STRETCH (CSBN 163973)
3 | Chief, Criminal Division

4 | KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

5 | 
6 | 1301 Clay Street, Suite 340-S
Oakland, CA  94612
Telephone: (510) 637-3680

7 | Attorneys for the Plaintiff

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )
           Plaintiff,             )   No. CR-07-00234 MJJ
                                  )
                                  )   ORDER AND STIPULATION FOR
   v.                             )   CONTINUANCE OF STATUS HEARING
                                  )
DARVELLE SMITH,                   )
                                  )
           Defendant.             )
_____)

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the status hearing from August 17, 2007 at 2:30 P.M. to September 28 , 2007. The parties agree, and the Court finds and holds, as follows:

1. This matter is currently set for a status hearing on August 17, 2007 at 2:30 P.M.

2. The court is unavailable because of a jury trial. The next available date for all parties is September 28, 2007, as both defense counsel and government counsel will be out of the area until September 28 , 2007.

3. Accordingly, and with the consent of the defendant, the Court continues the status hearing to September 28, 2007, at 2:30 P.M.

Dated: August 18, 2007

　　　　　　　　　　　/s/
　　　　　　　　　　_____
　　　　　　　　　　KIMBERLY M. BRIGGS
　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　/s/
　　　　　　　　　　_____
　　　　　　　　　　RICHARD HOVE
　　　　　　　　　　Attorney for Darvelle Smith

**IT IS SO ORDERED.**

DATED: 8/24/07

_____
MARTIN J. JENKINS
United States District Judge