| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| | United States Attorney |
| 2 | |
| | BRIAN J. STRETCH (CSBN 163973) |
| 3 | Chief, Criminal Division |
| 4 | KIMBERLY M. BRIGGS (CSBN 132043) |
| | Assistant United States Attorney |
| 5 | |
| |    1301 Clay Street, Suite 340-S |
| 6 |    Oakland, CA  94612 |
| |    Telephone: (510) 637-3680 |
| 7 | |
| | Attorneys for the Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No. CR-07-00234-MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE DATE OF EVIDENTIARY |
| | ) | HEARING ON FORM 12 PETITION |
| DARVELLE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated, by and between the parties that the evidentiary hearing on defendant's Form 12 petition be continued from Friday, October 26, 2007 at 2:30 p.m. to Friday, November 9, 2007 at 2:30 p.m.

The stipulation is based on the fact that government counsel must be out of town on Friday, October 26 and defense counsel is currently in trial.  He needs additional time to prepare this matter.  Moreover, both counsel need further opportunity to see if the possibility of an agreement can be reached.

//

//

As such, the parties respectfully request that the matter be continued to November 9, 2007 at 2:30 p.m. for either an evidentiary hearing on Mr. Smith's Form 12 or to bring a joint resolution of the petition to this Court.

DATED: October 23, 2007        Respectfully submitted,


                               /s/
                               KIMBERLY M. BRIGGS
                               Assistant United States Attorney


DATED: October 23, 2007         /s/
                               RICHARD HOVE
                               Attorney for Darvelle Smith


**IT IS SO ORDERED.**


DATED:   10/25/07

                               MARTIN J. JENKINS
                               United States District Judge